```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
R.C.C. VENTURES, LLC,         :     09 Civ. 7874 (WHP)
                              :
              Plaintiff,      :     ORDER
                              :
     -against-                :
                              :
PRIME REVENUE INC.,           :
                              :
              Defendant.      :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

For the reasons stated on the record on June 24, 2010, Defendant's motion for judgment on the pleadings is granted. In light of this Court's ruling, Defendant has withdrawn its counterclaims. Accordingly, the Clerk of the Court is directed to terminate all pending motions and mark this case as closed.

Dated: June 28, 2010
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of Record:*

James N. Klatsky, Esq.
115 Broadway, Suite 1505
New York, NY 10006
*Counsel for Plaintiff*

Paul J. Vincenti, Esq.
Vincenti & Vincenti, P.C.
80 Broad Street, Suite 1200
New York, NY 10004
*Counsel for Defendant*